IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SAVANNA EVERETT, | CV 21–113–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| HOLIDAY STATIONSTORES, | |
| Defendant. | |

Defendant filed an unopposed motion for leave to file attachments to its statement of undisputed facts under seal pursuant to D. Mont. L.R. 5.2. (Docs. 30, 31.)  Given the "volume and nature of the personal and private health information" in the lodged attachment, redaction would border on impossible and leave little information of value in the public docket.  While there exists "a strong presumption in favor of access to court records," *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003), when there is an articulable "compelling reason" to seal records, certain records may be kept under seal, *Ctr. for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092, 1096–97 (9th Cir. 2016).  "Courts have repeatedly concluded that the need to keep personal health information confidential outweighs the presumption in favor of public access to court records."  *Cal. Spine & Neurosurgery Inst. v. United Healthcare Ins. Co.*,

1

2021 WL 1146216, at *3 (N.D. Cal. Feb. 12, 2021) (collecting cases).

Accordingly,

IT IS ORDERED that Defendant's motion for leave to file attachments to its undisputed statement of facts, (Doc. 30), is GRANTED. The lodged documents, (Doc. 31), shall be deemed filed and remain under seal.

DATED this 9th day of June, 2022.

                                                                                                                                                           _____
Donald W. Molloy, District Judge
United States District Court